SO ORDERED: March 24, 2020.



**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

S004006C (rev 08/2019)

In re:

**Kristopher Denzel Hawkins**,
     Debtor.

Case No. **19–09297–RLM–7**

## ORDER OF NO DISCHARGE

The Court, after reviewing this case, finds that the debtor is ineligible for a discharge because the debtor failed to file a Certification About a Financial Management Course (Form 423) pursuant to Fed.R.Bankr.P. 1007(b)(7).

**IT IS ORDERED** that once all matters have been resolved, this case be closed without a discharge pursuant to Fed.R.Bankr.P. 1007(b)(7).

To obtain relief from this order, a Motion for Relief from Judgment or Order, pursuant to Fed.R.Bankr.P. 9024, must be filed. Certification About a Financial Management Course (Form 423) must be filed with the motion, or the motion will be denied. This case may close as early as **14 days** after entry of this order.

Furthermore, if this case is closed when the Motion for Relief from Judgment or Order is filed, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $260.00 but is subject to change. The latest fees can be found at www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

The Clerk's Office will distribute this order.

### ###