# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 3/24/2020 |
| Case: 19−09297−RLM−7 | Form ID: s004006C | Total: 16 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
tr     Gregory S. Fehribach     mjurkiewicz@thefehribachgroup.com
aty     J. Andrew Sawin     ecf@sawinlaw.com

                                               TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Kristopher Denzel Hawkins     6717 Trunk Way     Indianapolis, IN 46221
15623641     Atlas Acquisitions LLC     294 Union St.     Hackensack, NJ 07601
15589571     Baam Financl     5101 W 38th St     Indianapolis, IN 46254
15589573     Credit Corp Solutions     121 W Election Rd Ste 20     Draper, UT 84020
15589572     Credit Corp Solutions     Attn: Bankruptcy     121 West S Election Rd     Draper, UT 84020
15589574     Department of Education/Nelnet     Attn: Claims     Po Box 82505     Lincoln, NE 68501
15589575     Department of Education/Nelnet     Po Box 82561     Lincoln, NE 68501
15589576     Financial Cntr First C     P.o. Box 26501     Indianapolis, IN 46226
15589577     Synchrony Bank/Care Credit     Attn: Bankruptcy Dept     Po Box 965060     Orlando, FL 32896
15589578     Synchrony Bank/Care Credit     C/o Po Box 965036     Orlando, FL 32896
15592581     U.S. Attorney's Office     10 W Market St Ste 2100     Indianapolis IN 46204−3048
15589579     U.S. Department of Education     Ecmc/Bankruptcy     Po Box 16408     Saint Paul, MN 55116
15589580     U.S. Department of Education     Po Box 5609     Greenville, TX 75403

                                               TOTAL: 13